UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PATTERSON,<br><br>    Petitioner,<br><br>    v.<br><br>TERRI GONZALEZ, WARDEN,<br><br>    Respondent. | CASE NO. ED CV 11-101-JFW (PJW)<br><br>ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED |

On January 12, 2011, Petitioner filed a Petition for Writ of Habeas Corpus, seeking to challenge his 2001 state conviction (for evading an officer) and his 27 years-to-life sentence. (Petition at 2.) In the Petition, he claims that the trial court erred in charging the jury with CALJIC Nos. 2.05 and 17.41.1. (Petition at 2-3.) For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). Here, Petitioner's conviction became final on March 1, 2005--90 days after the state supreme court denied review and the time expired for him to file a petition for writ of certiorari with the United States Supreme Court. *See Bowen v. Roe*,

1  188 F.3d 1157, 1158-59 (9th Cir. 1999).  Therefore, the statute of
2  limitations expired one year later, on March 1, 2006.  *See Patterson*
3  *v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001).  Petitioner, however,
4  did not file this Petition until January 2011, almost five years after
5  the deadline.
6      IT IS THEREFORE ORDERED that, no later than **February 11, 2011**,
7  Petitioner shall inform the Court in writing as to why this case
8  should not be dismissed with prejudice because it is barred by the
9  statute of limitations.  Failure to timely file a response will result
10 in a recommendation that this case be dismissed.
11     DATED:    January __13__, 2011.

*(signature)*
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\PATTERSON, D 101\OSC dismiss pet.wpd

2