JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PATTERSON, | CASE NO. ED CV 11-101-JFW (PJW) |
| Petitioner, | |
| | J U D G M E N T |
| v. | |
| TERRI GONZALEZ, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   March 8, 2011.

/s/ John F. Walter
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd